**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **James**<br>First name | First name |
| | | **B.**<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Dotson**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9911 | |

Debtor 1   **Dotson, James B.**                                        Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **608 Castle Rd**<br>**Colorado Springs, CO 80904-2135**<br>Number, Street, City, State & ZIP Code<br><br>**El Paso**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing** *this district* **to file for bankruptcy** | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>■ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1   **Dotson, James B.**                                          Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Dotson, James B.**                          Case number *(if known)*

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **Dotson, James B.** | Case number *(if known)* |
|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Dotson, James B.** | Case number *(if known)* |
|---|---|---|

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ James B. Dotson**

| **James B. Dotson** | |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

| Executed on | **February 26, 2016** | Executed on | |
|---|---|---|---|
| | MM / DD / YYYY | | MM / DD / YYYY |

Debtor 1    **Dotson, James B.**                                          Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Dewayne Gooch**                              Date    **February 26, 2016**

Signature of Attorney for Debtor                            MM / DD / YYYY

**Dewayne Gooch**
Printed name

**Dewayne Gooch, PC**
Firm name

**2532 W Colorado Ave**
**Colorado Springs, CO 80904-3023**
Number, Street, City, State & ZIP Code

Contact phone    **(719) 636-0001**          Email address    **dewaynegooch@comcast.net**

**24892**
Bar number & State

---

Certificate Number: 16199-CO-CC-026976790



16199-CO-CC-026976790

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 19, 2016, at 2:52 o'clock PM EST, James B Dotson received from CC Advising, Inc. , an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 19, 2016            By:      /s/Kayley Yancer

                                   Name:   Kayley Yancer

                                   Title:   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

Debtor 1 **James B. Dotson**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

   ☐ Married
   ■ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $3,599.82 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Dotson, James B.**                                          Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $18,037.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** **(January 1 to December 31, 2014 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $20,803.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below.. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?
☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

■  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Stenger & Stenger 2618 E Paris Ave SE Grand Rapids, MI 49546-2454** | **1/22/2016 - $704 Garnishment Wage Garnishments through 2/19/2016 - $736.93** | **$1,440.93** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

| Debtor 1 | **Dotson, James B.** | Case number *(if known)* | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ■ No
   ☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Stenger & Stenger<br>2618 E Paris Ave SE<br>Grand Rapids, MI 49546-2454** | **$704.00**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **1/22/2016** | **$704.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Dotson, James B.**                                    Case number (if known) _____

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Dewayne Gooch, PC<br>2532 W Colorado Ave<br>Colorado Springs, CO 80904-3023<br>www.dewaynegooch.com | $1,100.00 | 2016 | $1,100.00 |
| DebtorCC.org<br>378 Summit Ave<br>Jersey City, NJ 07306-3110<br>www.debtorcc.org | $14.95 | 2/19/2016 | $14.95 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **4**

Debtor 1 __Dotson, James B._____  Case number *(if known)* _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

## Part 8:  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 9:  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ■ No
- ☐ Yes.  Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|
| | | | |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | **Dotson, James B.** | Case number *(if known)* | |
|---|---|---|---|

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Dotson, James B.**                                    Case number *(if known)*

---

true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a
bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ James B. Dotson**
_____                    _____

**James B. Dotson**                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date  **February 26, 2016**                            Date  _____
_____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **7**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James B. Dotson** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $    0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................. | $    6,454.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $    6,454.00 |

### Part 2:   Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $    0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    74,363.77 |

**Your total liabilities**   $    74,363.77

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................ | $    2,038.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.................................................... | $    2,058.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    **Dotson, James B.**                                             Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form     $   **1,105.80**
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $   **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $   **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $   **0.00** |
| 9d. Student loans. (Copy line 6f.) | $   **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $   **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$   **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $   **0.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James B. Dotson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION | | |
| Case number | | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                           12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   | | | | |
   |---|---|---|---|
   | 3.1 | Make: | **Toyota** | |
   | | Model: | **Tundra** | |
   | | Year: | **2002** | |
   | | Approximate mileage: | | |
   | | Other information: | | |

   **Who has an interest in the property?** Check one

   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$5,924.00** | **$5,924.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**...........................................................................=>   **$5,924.00**

**Part 3:**   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | Dotson, James B. | | Case number *(if known)* | |

■ Yes. Describe.....

| Appliances - $10.00 |
| Audio/Video - $50.00 |
| Furnishings - $20.00 |
| Furniture - $100.00 |
| Miscellaneous -$100.00 | $280.00 |

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No

☐ Yes. Describe.....

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes. Describe.....

| Personal Library | $20.00 |

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes. Describe.....

| Camping Equipment | $20.00 |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Clothing | $30.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Watches and Jewelry | $10.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes. Give specific information.....

| ATV Trailer | $100.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................

| $460.00 |

Debtor 1  **Dotson, James B.**                           Case number *(if known)* _____

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................................

    Cash on Hand                           $20.00

---

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

    Institution name:

    17.1.   **Checking Account**   **Checking Account**
                                   **TCF Bank**                    $50.00

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                    Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                    Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    __Dotson, James B.__        Case number *(if known)* _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

         Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

**36.**   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| $70.00 |
|---|

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1    **Dotson, James B.** _____    Case number *(if known)* _____

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  .....................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................................    **$0.00**

56. **Part 2: Total vehicles, line 5**    **$5,924.00**

57. **Part 3: Total personal and household items, line 15**    **$460.00**

58. **Part 4: Total financial assets, line 36**    **$70.00**

59. **Part 5: Total business-related property, line 45**    **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$6,454.00**    Copy personal property total    **$6,454.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    **$6,454.00**

**Fill in this information to identify your case:**

Debtor 1     **James B. Dotson**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Toyota Tundra 2002** Line from *Schedule A/B*: **3.1** | **$5,924.00** | ■    **$5,924.00** ☐   100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(j)(l)** |
| **Appliances - $10.00 Audio/Video - $50.00 Furnishings - $20.00 Furniture - $100.00 Miscellaneous -$100.00** Line from *Schedule A/B*: **6.1** | **$280.00** | ■    **$280.00** ☐   100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Personal Library** Line from *Schedule A/B*: **8.1** | **$20.00** | ■    **$20.00** ☐   100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(c)** |
| **Clothing** Line from *Schedule A/B*: **11.1** | **$30.00** | ■    **$30.00** ☐   100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |
| **Watches and Jewelry** Line from *Schedule A/B*: **12.1** | **$10.00** | ■    **$10.00** ☐   100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James B. Dotson** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1   **James B. Dotson**
First Name_____Middle Name_____Last Name_____

Debtor 2
(Spouse if, filing)   First Name_____Middle Name_____Last Name_____

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number
(if known)   _____

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **AT&T** | Last 4 digits of account number   2574 | **$243.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   10/01/2015

**208 S Akard St**
**Dallas, TX 75202-4295**
Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Open account opened 10/01/2015**

☐ Yes

Debtor 1  **Dotson, James B.**                                                          Case number (if know)

---

4.2 | **Capital One**
Nonpriority Creditor's Name

**PO Box 85520**
**Richmond, VA 23285-5520**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  6746          $8,071.00

**When was the debt incurred?**  03/01/2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Open account opened 3/2013**

---

4.3 | **Capital One Bank USA N**
Nonpriority Creditor's Name

**15000 Capital One Dr**
**Richmond, VA 23238-1119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  3696          $3,138.00

**When was the debt incurred?**  11/01/2002

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving account opened 11/01/2002 - 2015**

---

4.4 | **Capital One Bank USA N**
Nonpriority Creditor's Name

**15000 Capital One Dr**
**Richmond, VA 23238-1119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  6209          $1,224.00

**When was the debt incurred?**  07/01/2001

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving account opened 07/01/2001 - 2014**

---

Debtor 1  **Dotson, James B.**                                    Case number (if know) _____

| | | |
|---|---|---|
| 4.5 | **Chase Mtg** | Last 4 digits of account number **4420** | $44,258.63 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 24696**
**Columbus, OH 43224-0696**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Deficiency on mortgage account 06/2007**

---

| | | |
|---|---|---|
| 4.6 | **Citi** | Last 4 digits of account number **5685** | $2,079.00 |

Nonpriority Creditor's Name

When was the debt incurred? **07/01/2011**

**PO Box 6241**
**Sioux Falls, SD 57117-6241**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Open account opened 07/01/2011**

---

| | | |
|---|---|---|
| 4.7 | **Citi** | Last 4 digits of account number **0553** | $1,845.00 |

Nonpriority Creditor's Name

When was the debt incurred? **01/01/2011**

**PO Box 6241**
**Sioux Falls, SD 57117-6241**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Open account opened 01/01/2011**

---

Debtor 1  **Dotson, James B.**                                   Case number (if know) _____

---

| 4.8 | **Colorado Central Collections Services** | Last 4 digits of account number | **2214** | $1,936.14 |

Nonpriority Creditor's Name
**Department of Personal Administration**
**1525 Sherman St**
**Denver, CO 80203**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections account opened 11/2015**

---

| 4.9 | **Comcast** | Last 4 digits of account number | **5214** | $330.00 |

Nonpriority Creditor's Name

**9602 S 300 W**
**Sandy, UT 84070-3300**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account opened 2015**

---

| 4.10 | **Comcast** | Last 4 digits of account number | **8500** | $330.00 |

Nonpriority Creditor's Name

**9602 S 300 W**
**Sandy, UT 84070-3300**
Number Street City State Zip Code

When was the debt incurred?   **12/01/2011**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account opened 12/01/2011**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Dotson, James B.**                                           Case number (if know) _____

| 4.11 | **Credit First N A** | Last 4 digits of account number | **4213** | **$1,066.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **11/01/2013**

**6275 Eastland Rd**
**Brook Park, OH 44142-1301**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Revolving account opened 11/01/2013 - 2015**

| 4.12 | **Credit One Bank NA** | Last 4 digits of account number | **0714** | **$769.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **02/01/2014**

**PO Box 98875**
**Las Vegas, NV 89193-8875**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Revolving account opened 02/01/2014 - 2015**

| 4.13 | **Discover Fin Svcs LLC** | Last 4 digits of account number | **8456** | **$7,052.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **05/01/2012**

**PO Box 15316**
**Wilmington, DE 19850-5316**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Revolving account opened 05/01/2012 - 2014**

Debtor 1  **Dotson, James B.**     Case number (if know) _____

---

| 4.14 | **GE Capital Retail Bank** | Last 4 digits of account number | **8041** | **$1,122.00** |

Nonpriority Creditor's Name

**PO Box 1978**
**Cranberry Township, PA**
**16066-0978**
Number Street City State ZIp Code

When was the debt incurred?     **05/01/2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account opened 05/01/2014**

---

| 4.15 | **HSBC** | Last 4 digits of account number | **6509** | **$541.00** |

Nonpriority Creditor's Name

**PO Box 2013**
**Buffalo, NY 14240-2013**
Number Street City State ZIp Code

When was the debt incurred?     **2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account opened 2014**

---

| 4.16 | **Verizon** | Last 4 digits of account number | **0144** | **$359.00** |

Nonpriority Creditor's Name

**PO Box 660108**
**Dallas, TX 75266-0108**
Number Street City State ZIp Code

When was the debt incurred?     **04/01/2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account opened 04/01/2014**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Dotson, James B.**                                    Case number (if known) _____

| | |
|---|---|
| Name and Address <br> **Credit Mgmt** <br> **4200 International Pkwy** <br> **Carrollton, TX 75007-1912** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.9** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **5214** |
| Name and Address <br> **Enhanced Recovery Co L** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256-7412** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.10** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **8500** |
| Name and Address <br> **Enhanced Recovery Co L** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256-7412** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.1** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **2574** |
| Name and Address <br> **Lhr Inc** <br> **1 Main St** <br> **Hamburg, NY 14075-4930** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.15** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **6509** |
| Name and Address <br> **Midland Funding** <br> **2365 Northside Dr Ste 30** <br> **San Diego, CA 92108-2709** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.6** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **5685** |
| Name and Address <br> **Midland Funding** <br> **2365 Northside Dr Ste 30** <br> **San Diego, CA 92108-2709** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.7** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **0553** |
| Name and Address <br> **Pinnacle Credit Servic** <br> **PO Box 640** <br> **Hopkins, MN 55343-0640** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.16** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **0144** |
| Name and Address <br> **Portfolio Recovery Ass** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA 23502-4962** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.14** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **8041** |
| Name and Address <br> **The Bureaus Inc** <br> **1717 Central St** <br> **Evanston, IL 60201-1507** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.2** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> <br> Last 4 digits of account number      **6746** |

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $    0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $    0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $    0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $    0.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Dotson, James B.**                                    Case number (if know) _____

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ _____ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ _____ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ _____ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ _____ **74,363.77** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ _____ **74,363.77** |

**Fill in this information to identify your case:**

Debtor 1          **James B. Dotson**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name        Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number
(if known)        _____

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number    Street <br><br> City          State      ZIP Code | |
| **2.2** <br> Name <br><br> Number    Street <br><br> City          State      ZIP Code | |
| **2.3** <br> Name <br><br> Number    Street <br><br> City          State      ZIP Code | |
| **2.4** <br> Name <br><br> Number    Street <br><br> City          State      ZIP Code | |
| **2.5** <br> Name <br><br> Number    Street <br><br> City          State      ZIP Code | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James B. Dotson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                              12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1**     Name _____<br><br>Number   Street<br>City       State   ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2**     Name _____<br><br>Number   Street<br>City       State   ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James B. Dotson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** Service Advisor | |
| | | **Employer's name** Pep Boys | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** 135 N Academy Blvd Colorado Springs, CO 80909-6553 | |
| | | **How long employed there?** 4 months | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,699.71 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 2,699.71 | $ N/A |

Debtor 1   **Dotson, James B.**                                                        Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|

Copy line 4 here ................................................. 4.  $ **2,699.71**   $ **N/A**

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **661.71** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ **0.00** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h.+ | Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.  $ **661.71**   $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.  $ **2,038.00**   $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.  $ **0.00**   $ **N/A**

8b. **Interest and dividends**    8b.  $ **0.00**   $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.  $ **0.00**   $ **N/A**

8d. **Unemployment compensation**    8d.  $ **0.00**   $ **N/A**

8e. **Social Security**    8e.  $ **0.00**   $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.  $ **0.00**   $ **N/A**

8g. **Pension or retirement income**    8g.  $ **0.00**   $ **N/A**

8h.+ **Other monthly income. Specify:** _____    8h.+  $ **0.00** +  $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.  $ **0.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.  $ **2,038.00** +  $ **N/A** =  $ **2,038.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J***.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.  $ **2,038.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 _____**James B. Dotson**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __DISTRICT OF COLORADO, DENVER DIVISION__

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.   **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ■ No

Do not list Debtor 1 and Debtor 2.

☐ Yes.   Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.   $ _____ **600.00**

If not included in line 4:

| 4a. | Real estate taxes | 4a. | $ | 0.00 |
|---|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ | 0.00 |

Debtor 1    **Dotson, James B.**                                          Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 150.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 40.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 108.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 275.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 50.00 |
| 10. | **Personal care products and services** | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. $ | 60.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 325.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 100.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **Miscellaneous** | 21. +$ | 150.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,058.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 2,058.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 2,038.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 2,058.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -20.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.        Explain here:

**Fill in this information to identify your case:**

Debtor 1      **James B. Dotson**

          First Name           Middle Name           Last Name

Debtor 2

(Spouse if, filing)     First Name           Middle Name           Last Name

United States Bankruptcy Court for the:     DISTRICT OF COLORADO, DENVER DIVISION

Case number

(if known)     _____

☐ Check if this is an
    amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James B. Dotson**                  X _____

   **James B. Dotson**                            Signature of Debtor 2

   Signature of Debtor 1

   Date   **February 26, 2016**                 Date _____

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

IN RE:                                                            Case No. _____

**Dotson, James B.** _____    Chapter **7** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 26, 2016** _____    Signature: _**/s/ James B. Dotson**_ _____
                                          **James B. Dotson**                    Debtor

Date: _____    Signature: _____
                                                                        Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Print Preview

https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
Parts, Service and So Much More

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 10/10/2015 |
| Period End Date | 10/23/2015 |
| Pay Date | 10/30/2015 |
| Document | 228525 |
| Net Pay | $297.68 |

### Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| James B Dotson | Employee Number | 407911 | Pay Group | DE Biweekly | Federal Income Tax | S0 |
| 608 castle rd. | SSN | xxx-xx-9911 | Location | South Academy | CO State Income Tax (Residence) | S0 |
| colorado springs, CO 80904 | Job | 2180-Customer Svc Advisor | Division | 52031 - 2031-West Region 203 | CO State Income Tax (Work) | S0 |
| USA | Pay Rate | $8.25 | Area | 00096 - Area 00096 | | |
| | Pay Frequency | Biweekly | Store | 00268 - 0268-South Academy | | |
| | | | Department | SERVIC - Service | | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| NH Guarantee | 0.0000 | 10/23/2015 | $0.0000 | $97.74 | $97.74 |
| Regular | 32.5800 | 10/23/2015 | $8.2500 | $268.78 | $268.78 |
| | | | | | |
| Total Hours Worked | 32.5800 | | | | |

### Deductions

| | Employee | | |
|---|---|---|---|
| Deduction | Pre-tax | Current | YTD |
| No records found | | | |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $13.00 | $13.00 |
| Employee Medicare | $5.31 | $5.31 |
| Federal Income Tax | $27.81 | $27.81 |
| Social Security Employee Tax | $22.72 | $22.72 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $297.68 |
| Total | | $297.68 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $366.52 | $366.52 | $68.84 | $0.00 | $297.68 |
| YTD | $366.52 | $366.52 | $68.84 | $0.00 | $297.68 |

*Originally printed in English*

1 of 1

02/23/2016 05:46 PM

Print Preview                                     https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
Parts, Service and So Much More

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 10/24/2015 |
| **Period End Date** | 11/06/2015 |
| **Pay Date** | 11/13/2015 |
| **Document** | 229519 |
| **Net Pay** | $758.04 |

### Pay Details

**James B Dotson**
608 castle rd.
colorado springs, CO 80904
USA

| | |
|---|---|
| **Employee Number** | 407911 |
| **SSN** | xxx-xx-9911 |
| **Job** | 2180-Customer Svc Advisor |
| **Pay Rate** | $8.25 |
| **Pay Frequency** | Biweekly |

| | |
|---|---|
| **Pay Group** | DE Biweekly |
| **Location** | South Academy |
| **Division** | 52031 - 2031-West Region 203 |
| **Area** | 00096 - Area 00096 |
| **Store** | 00268 - 0268-South Academy |
| **Department** | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S0 |
| CO State Income Tax (Residence) | S0 |
| CO State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Comm OT Adj | 0.0000 | 10/30/2015 | $0.0000 | $1.06 | $1.06 |
| Comm OT Adj | 0.0000 | 11/06/2015 | $0.0000 | $1.67 | $2.73 |
| Commission | 0.0000 | 10/30/2015 | $0.0000 | $29.11 | $29.11 |
| Commission | 0.0000 | 11/06/2015 | $0.0000 | $81.13 | $110.24 |
| NH Guarantee | 0.0000 | 10/30/2015 | $0.0000 | $101.44 | $199.18 |
| NH Guarantee | 0.0000 | 11/06/2015 | $0.0000 | $44.94 | $244.12 |
| Overtime | 1.7200 | 11/06/2015 | $12.3750 | $21.28 | $21.28 |
| Overtime | 2.5800 | 10/30/2015 | $12.3750 | $31.93 | $53.21 |
| Regular | 32.7500 | 10/30/2015 | $8.2500 | $270.19 | $538.97 |
| Regular | 40.0000 | 11/06/2015 | $8.2500 | $330.00 | $868.97 |
| Training | 7.2500 | 10/30/2015 | $11.2400 | $81.49 | $81.49 |

**Total Hours Worked**   84.3000

### Deductions

| | | Employee | |
|---|---|---|---|
| **Deduction** | **Pre-tax** | **Current** | **YTD** |
| No records found | | | |

### Taxes

| Taxes | | Current | YTD |
|---|---|---|---|
| CO State Income Tax | | $42.00 | $55.00 |
| Employee Medicare | | $14.42 | $19.73 |
| Federal Income Tax | | $118.13 | $145.94 |
| Social Security Employee Tax | | $61.65 | $84.37 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $758.04 |
| Total | | $758.04 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | $994.24 | $994.24 | $236.20 | $0.00 | $758.04 |
| **YTD** | $1,360.76 | $1,360.76 | $305.04 | $0.00 | $1,055.72 |

*Originally printed in English*

1 of 1                                                                    02/23/2016 05:47 PM

Print Preview                                    https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
*Parts, Service and So Much More*

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 11/07/2015 |
| **Period End Date** | 11/20/2015 |
| **Pay Date** | 11/27/2015 |
| **Document** | 231003 |
| **Net Pay** | $709.67 |

### Pay Details

**James B Dotson**
608 castle rd.
colorado springs, CO 80904
USA

| | |
|---|---|
| **Employee Number** | 407911 |
| **SSN** | xxx-xx-9911 |
| **Job** | 2180-Customer Svc Advisor |
| **Pay Rate** | $8.25 |
| **Pay Frequency** | Biweekly |

| | |
|---|---|
| **Pay Group** | DE Biweekly |
| **Location** | South Academy |
| **Division** | 52031 - 2031-West Region 203 |
| **Area** | 00096 - Area 00096 |
| **Store** | 00268 - 0268-South Academy |
| **Department** | SERVIC - Service |

| | |
|---|---|
| **Federal Income Tax** | S0 |
| **CO State Income Tax (Residence)** | S0 |
| **CO State Income Tax (Work)** | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Comm OT Adj | 0.0000 | 11/13/2015 | $0.0000 | $4.69 | $7.42 |
| Comm OT Adj | 0.0000 | 11/20/2015 | $0.0000 | $1.04 | $8.46 |
| Commission | 0.0000 | 11/13/2015 | $0.0000 | $115.90 | $226.14 |
| Commission | 0.0000 | 11/20/2015 | $0.0000 | $72.61 | $298.75 |
| NH Guarantee | 0.0000 | 11/13/2015 | $0.0000 | $15.28 | $259.40 |
| Overtime | 1.1800 | 11/20/2015 | $12.3750 | $14.60 | $67.81 |
| Overtime | 3.5300 | 11/13/2015 | $12.3750 | $43.68 | $111.49 |
| Regular | 40.0000 | 11/13/2015 | $8.2500 | $330.00 | $1,198.97 |
| Regular | 40.0000 | 11/20/2015 | $8.2500 | $330.00 | $1,528.97 |
| Training | 0.0000 | | $0.0000 | $0.00 | $81.49 |

**Total Hours Worked**     84.7100

### Deductions

| Deduction | Pre-tax | Employee Current | YTD |
|---|---|---|---|
| No records found | | | |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $39.00 | $94.00 |
| Employee Medicare | $13.45 | $33.18 |
| Federal Income Tax | $108.16 | $254.10 |
| Social Security Employee Tax | $57.52 | $141.89 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $709.67 |
| Total | | $709.67 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $927.80 | $927.80 | $218.13 | $0.00 | $709.67 |
| YTD | $2,288.56 | $2,288.56 | $523.17 | $0.00 | $1,765.39 |

*Originally printed in English*

1 of 1                                                                    02/23/2016 05:47 PM

Print Preview

https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
Parts, Service and So Much More

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 11/21/2015 |
| **Period End Date** | 12/04/2015 |
| **Pay Date** | 12/11/2015 |
| **Document** | 1943115 |
| **Net Pay** | $704.68 |

### Pay Details

**James B Dotson**
608 castle rd.
colorado springs, CO 80904
USA

| | |
|---|---|
| **Employee Number** | 407911 |
| **SSN** | xxx-xx-9911 |
| **Job** | 2180-Customer Svc Advisor |
| **Pay Rate** | $8.25 |
| **Pay Frequency** | Biweekly |

| | |
|---|---|
| **Pay Group** | DE Biweekly |
| **Location** | South Academy |
| **Division** | 52031 - 2031-West Region 203 |
| **Area** | 00096 - Area 00096 |
| **Store** | 00268 - 0268-South Academy |
| **Department** | SERVIC - Service |

| | |
|---|---|
| **Federal Income Tax** | S0 |
| **CO State Income Tax (Residence)** | S0 |
| **CO State Income Tax (Work)** | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Comm OT Adj | 0.0000 | 11/27/2015 | $0.0000 | $4.60 | $13.06 |
| Comm OT Adj | 0.0000 | 12/04/2015 | $0.0000 | $0.30 | $13.36 |
| Commission | 0.0000 | 11/27/2015 | $0.0000 | $91.68 | $390.43 |
| Commission | 0.0000 | 12/04/2015 | $0.0000 | $106.61 | $497.04 |
| NH Guarantee | 0.0000 | | $0.0000 | $0.00 | $259.40 |
| Overtime | 0.2300 | 12/04/2015 | $12.3750 | $2.85 | $114.34 |
| Overtime | 4.4700 | 11/27/2015 | $12.3750 | $55.32 | $169.66 |
| Regular | 40.0000 | 11/27/2015 | $8.2500 | $330.00 | $1,858.97 |
| Regular | 40.0000 | 12/04/2015 | $8.2500 | $330.00 | $2,188.97 |
| Training | 0.0000 | | $0.0000 | $0.00 | $81.49 |

**Total Hours Worked** 84.7000

### Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-tax | Current | YTD |
| No records found | | | |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $39.00 | $133.00 |
| Employee Medicare | $13.36 | $46.54 |
| Federal Income Tax | $107.19 | $361.29 |
| Social Security Employee Tax | $57.13 | $199.02 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9372 | Checking | $704.68 |
| Total | | $704.68 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $921.36 | $921.36 | $216.68 | $0.00 | $704.68 |
| YTD | $3,209.92 | $3,209.92 | $739.85 | $0.00 | $2,470.07 |

*Originally printed in English*

Print Preview                                          https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
*Parts, Service and So Much More*

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| Pay Statement | |
|---|---|
| Period Start Date | 12/05/2015 |
| Period End Date | 12/18/2015 |
| Pay Date | 12/24/2015 |
| Document | 1959471 |
| Net Pay | $672.63 |

### Pay Details

James B Dotson
608 castle rd.
colorado springs, CO 80904
USA

| | |
|---|---|
| Employee Number | 407911 |
| SSN | xxx-xx-9911 |
| Job | 2180-Customer Svc Advisor |
| Pay Rate | $8.25 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | DE Biweekly |
| Location | South Academy |
| Division | 52031 - 2031-West Region 203 |
| Area | 00096 - Area 00096 |
| Store | 00268 - 0268-South Academy |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S0 |
| CO State Income Tax (Residence) | S0 |
| CO State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Comm OT Adj | 0.0000 | 12/11/2015 | $0.0000 | $4.21 | $17.57 |
| Commission | 0.0000 | 12/11/2015 | $0.0000 | $94.12 | $591.16 |
| Commission | 0.0000 | 12/18/2015 | $0.0000 | $73.84 | $665.00 |
| NH Guarantee | 0.0000 | | $0.0000 | $0.00 | $259.40 |
| Overtime | 3.9300 | 12/11/2015 | $12.3750 | $48.63 | $218.29 |
| Regular | 40.0000 | 12/11/2015 | $8.2500 | $330.00 | $2,518.97 |
| Regular | 39.5800 | 12/18/2015 | $8.2500 | $326.54 | $2,845.51 |
| Training | 0.0000 | | $0.0000 | $0.00 | $81.49 |

**Total Hours Worked**      83.5100

### Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-tax | Current | YTD |
| No records found | | | |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $37.00 | $170.00 |
| Employee Medicare | $12.73 | $59.27 |
| Federal Income Tax | $100.59 | $461.88 |
| Social Security Employee Tax | $54.39 | $253.41 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9372 | Checking | $672.63 |
| Total | | $672.63 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $877.34 | $877.34 | $204.71 | $0.00 | $672.63 |
| YTD | $4,087.26 | $4,087.26 | $944.56 | $0.00 | $3,142.70 |

*Originally printed in English*

1 of 1                                                                    02/23/2016 05:48 PM

Print Preview

https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
Parts, Service and So Much More

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 12/19/2015 |
| **Period End Date** | 01/01/2016 |
| **Pay Date** | 01/08/2016 |
| **Document** | 1975628 |
| **Net Pay** | $703.93 |

### Pay Details

**James B Dotson**
608 castle rd.
colorado springs, CO 80904
USA

| | |
|---|---|
| **Employee Number** | 407911 |
| **SSN** | xxx-xx-9911 |
| **Job** | 2180-Customer Svc Advisor |
| **Pay Rate** | $8.25 |
| **Pay Frequency** | Biweekly |

| | |
|---|---|
| **Pay Group** | DE Biweekly |
| **Location** | South Academy |
| **Division** | 52031 - 2031-West Region 203 |
| **Area** | 00096 - Area 00096 |
| **Store** | 00268 - 0268-South Academy |
| **Department** | SERVIC - Service |

| | |
|---|---|
| **Federal Income Tax** | S0 |
| **CO State Income Tax (Residence)** | S0 |
| **CO State Income Tax (Work)** | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Comm OT Adj | 0.0000 | 01/01/2016 | $0.0000 | $1.50 | $1.50 |
| Commission | 0.0000 | 12/25/2015 | $0.0000 | $130.07 | $130.07 |
| Commission | 0.0000 | 01/01/2016 | $0.0000 | $115.47 | $245.54 |
| Flat Rate | 0.5000 | 12/25/2015 | $6.0000 | $3.00 | $3.00 |
| Overtime | 1.0700 | 01/01/2016 | $12.3750 | $13.24 | $13.24 |
| Regular | 39.6800 | 12/25/2015 | $8.2500 | $327.36 | $327.36 |
| Regular | 40.0000 | 01/01/2016 | $8.2500 | $330.00 | $657.36 |

**Total Hours Worked** 80.7500

### Deductions

| | Employee | | |
|---|---|---|---|
| **Deduction** | **Pre-tax** | **Current** | **YTD** |
| No records found | | | |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $39.00 | $39.00 |
| Employee Medicare | $13.35 | $13.35 |
| Federal Income Tax | $107.28 | $107.28 |
| Social Security Employee Tax | $57.08 | $57.08 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9372 | Checking | $703.93 |
| Total | | $703.93 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $920.64 | $920.64 | $216.71 | $0.00 | $703.93 |
| YTD | $920.64 | $920.64 | $216.71 | $0.00 | $703.93 |

*Originally printed in English*

Print Preview                                    https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
*Parts, Service and So Much More*

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 01/02/2016 |
| **Period End Date** | 01/15/2016 |
| **Pay Date** | 01/22/2016 |
| **Document** | 1991542 |
| **Net Pay** | $919.64 |

### Pay Details

James B Dotson
608 castle rd.
colorado springs, CO 80904
USA

| | |
|---|---|
| **Employee Number** | 407911 |
| **SSN** | xxx-xx-9911 |
| **Job** | 2180-Customer Svc Advisor |
| **Pay Rate** | $8.25 |
| **Pay Frequency** | Biweekly |

| | |
|---|---|
| **Pay Group** | DE Biweekly |
| **Location** | South Academy |
| **Division** | 52031 - 2031-West Region 203 |
| **Area** | 00096 - Area 00096 |
| **Store** | 00268 - 0268-South Academy |
| **Department** | SERVIC - Service |

| | |
|---|---|
| **Federal Income Tax** | S0 |
| **CO State Income Tax (Residence)** | S0 |
| **CO State Income Tax (Work)** | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Comm OT Adj | 0.0000 | 01/08/2016 | $0.0000 | $6.34 | $7.84 |
| Comm OT Adj | 0.0000 | 01/15/2016 | $0.0000 | $2.56 | $10.40 |
| Commission | 0.0000 | 01/08/2016 | $0.0000 | $174.74 | $420.28 |
| Commission | 0.0000 | 01/15/2016 | $0.0000 | $106.40 | $526.68 |
| Flat Rate | 0.0000 | | $0.0000 | $0.00 | $3.00 |
| Guarantee | 0.0000 | 01/15/2016 | $0.0000 | $557.16 | $557.16 |
| Guarantee | 0.0000 | 01/08/2016 | $0.0000 | $8.88 | $566.04 |
| Guarantee | 0.0000 | 01/15/2016 | $0.0000 | $73.98 | $640.02 |
| Overtime | 2.0300 | 01/15/2016 | $12.3750 | $25.12 | $38.36 |
| Overtime | 3.1300 | 01/08/2016 | $12.3750 | $38.73 | $77.09 |
| Regular | 40.0000 | 01/08/2016 | $8.2500 | $330.00 | $987.36 |
| Regular | 40.0000 | 01/15/2016 | $8.2500 | $330.00 | $1,317.36 |

Total Hours Worked       85.1600

### Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-tax | Current | YTD |
| Garnishment | No | $306.55 | $306.55 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $72.00 | $111.00 |
| Employee Medicare | $23.98 | $37.33 |
| Federal Income Tax | $229.20 | $336.48 |
| Social Security Employee Tax | $102.54 | $159.62 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9372 | Checking | $919.64 |
| Total | | $919.64 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,653.91 | $1,653.91 | $427.72 | $306.55 | $919.64 |
| YTD | $2,574.55 | $2,574.55 | $644.43 | $306.55 | $1,623.57 |

*Originally printed in English*

1 of 1                                                                02/23/2016 05:49 PM

Print Preview                                      https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
*Parts, Service and So Much More*

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 01/16/2016 |
| Period End Date | 01/29/2016 |
| Pay Date | 02/05/2016 |
| Document | 2007329 |
| Net Pay | $585.64 |

### Pay Details

| James B Dotson | | Employee Number | 407911 | Pay Group | DE Biweekly | Federal Income Tax | S0 |
|---|---|---|---|---|---|---|---|
| 608 castle rd. | | SSN | xxx-xx-9911 | Location | South Academy | CO State Income Tax (Residence) | S0 |
| colorado springs, CO 80904 | | Job | 2180-Customer Svc Advisor | Division | 52031 - 2031-West | CO State Income Tax (Work) | S0 |
| USA | | Pay Rate | $8.25 | Region 203 | | | |
| | | Pay Frequency | Biweekly | Area | 00096 - Area 00096 | | |
| | | | | Store | 00268 - 0268-South Academy | | |
| | | | | Department | SERVIC - Service | | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Comm OT Adj | 0.0000 | 01/22/2016 | $0.0000 | $2.34 | $12.74 |
| Commission | 0.0000 | 01/22/2016 | $0.0000 | $186.90 | $713.58 |
| Commission | 0.0000 | 01/29/2016 | $0.0000 | $186.96 | $900.54 |
| Flat Rate | 0.0000 | | $0.0000 | $0.00 | $3.00 |
| Guarantee | 0.0000 | | $0.0000 | $0.00 | $640.02 |
| Overtime | 1.0300 | 01/22/2016 | $12.3750 | $12.75 | $89.84 |
| Regular | 40.0000 | 01/22/2016 | $8.2500 | $330.00 | $1,647.36 |
| Regular | 37.1300 | 01/29/2016 | $8.2500 | $306.32 | $1,953.68 |

Total Hours Worked     78.1600

### Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-tax | Current | YTD |
| Garnishment | No | $195.22 | $501.77 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $43.00 | $154.00 |
| Employee Medicare | $14.87 | $52.20 |
| Federal Income Tax | $122.97 | $459.45 |
| Social Security Employee Tax | $63.57 | $223.19 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9372 | Checking | $585.64 |
| Total | | $585.64 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,025.27 | $1,025.27 | $244.41 | $195.22 | $585.64 |
| YTD | $3,599.82 | $3,599.82 | $888.84 | $501.77 | $2,209.21 |

*Originally printed in English*

Print Preview                                             https://pepboys.ultipro.com/pages/utility/PrintPreview.html?US...

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
Parts, Service and So Much More

Pep Boys - Manny, Moe & Jack of DE, Inc.
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 01/30/2016 |
| **Period End Date** | 02/12/2016 |
| **Pay Date** | 02/19/2016 |
| **Document** | 2023223 |
| **Net Pay** | $705.46 |

### Pay Details

| James B Dotson | Employee Number | 407911 | Pay Group | DE Biweekly | Federal Income Tax | S0 |
|---|---|---|---|---|---|---|
| 608 castle rd. | SSN | xxx-xx-xxxx | Location | South Academy | CO State Income Tax (Residence) | S0 |
| colorado springs, CO 80904 | Job | 2180-Customer Svc Advisor | Division | 52031 - 2031-West Region 203 | CO State Income Tax (Work) | S0 |
| USA | Pay Rate | $8.25 | Area | 00096 - Area 00096 | | |
| | Pay Frequency | Biweekly | Store | 00268 - 0268-South Academy | | |
| | | | Department | SERVIC - Service | | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Comm OT Adj | 0.0000 | 02/12/2016 | $0.0000 | $4.43 | $17.17 |
| Comm OT Adj | 0.0000 | 02/05/2016 | $0.0000 | $4.71 | $21.88 |
| Comm OT Adj | 0.0000 | 02/05/2016 | $0.0000 | $11.86 | $33.74 |
| Commission | 0.0000 | 02/12/2016 | $0.0000 | $115.86 | $1,016.40 |
| Commission | 0.0000 | 02/05/2016 | $0.0000 | $123.13 | $1,139.53 |
| Flat Rate | 0.0000 | | $0.0000 | $0.00 | $3.00 |
| Guarantee | 0.0000 | 02/05/2016 | $0.0000 | $95.89 | $735.91 |
| Guarantee | 0.0000 | 02/12/2016 | $0.0000 | $70.88 | $806.79 |
| Overtime | 3.3200 | 02/12/2016 | $12.3750 | $41.08 | $130.92 |
| Overtime | 9.5500 | 02/05/2016 | $12.3750 | $118.18 | $249.10 |
| Regular | 40.0000 | 02/05/2016 | $8.2500 | $330.00 | $2,283.68 |
| Regular | 40.0000 | 02/12/2016 | $8.2500 | $330.00 | $2,613.68 |

**Total Hours Worked**      92.8700

### Deductions

| Deduction | Pre-tax | Employee Current | YTD |
|---|---|---|---|
| Garnishment | No | $235.16 | $736.93 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $54.00 | $208.00 |
| Employee Medicare | $18.06 | $70.26 |
| Federal Income Tax | $156.09 | $615.54 |
| Social Security Employee Tax | $77.25 | $300.44 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9372 | Checking | $705.46 |
| Total | | $705.46 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,246.02 | $1,246.02 | $305.40 | $235.16 | $705.46 |
| YTD | $4,845.84 | $4,845.84 | $1,194.24 | $736.93 | $2,914.67 |

*Originally printed in English*

1 of 1                                                                                     02/23/2016 05:50 PM